# **EXHIBIT A**

**Decree in the Foreign Main Proceeding
and
English translation thereof**

*SERIE GENERALE*

Spediz. abb. post. - art. 1, comma 1
Legge 27-02-2004, n. 46 - Filiale di Roma

Anno 158° - Numero 104

# GAZZETTA  UFFICIALE

## DELLA REPUBBLICA ITALIANA

*PARTE PRIMA*   Roma - Sabato, 6 maggio 2017   SI PUBBLICA TUTTI I GIORNI NON FESTIVI

DIREZIONE E REDAZIONE PRESSO IL MINISTERO DELLA GIUSTIZIA - UFFICIO PUBBLICAZIONE LEGGI E DECRETI - VIA ARENULA, 70 - 00186 ROMA
AMMINISTRAZIONE PRESSO L'ISTITUTO POLIGRAFICO E ZECCA DELLO STATO - VIA SALARIA, 691 - 00138 ROMA - CENTRALINO 06-85081 - LIBRERIA DELLO STATO
PIAZZA G. VERDI, 1 - 00198 ROMA

La Gazzetta Ufficiale, Parte Prima, oltre alla Serie Generale, pubblica cinque Serie speciali, ciascuna contraddistinta da autonoma numerazione:
1ª Serie speciale: Corte costituzionale (pubblicata il mercoledì)
2ª Serie speciale: Unione europea (pubblicata il lunedì e il giovedì)
3ª Serie speciale: Regioni (pubblicata il sabato)
4ª Serie speciale: Concorsi ed esami (pubblicata il martedì e il venerdì)
5ª Serie speciale: Contratti pubblici (pubblicata il lunedì, il mercoledì e il venerdì)
La Gazzetta Ufficiale, Parte Seconda, "Foglio delle inserzioni", è pubblicata il martedì, il giovedì e il sabato

## AVVISO ALLE AMMINISTRAZIONI

Al fine di ottimizzare la procedura di pubblicazione degli atti in *Gazzetta Ufficiale*, le Amministrazioni sono pregate di inviare, contemporaneamente e parallelamente alla trasmissione su carta, come da norma, anche copia telematica dei medesimi (in formato word) al seguente indirizzo di posta elettronica certificata: gazzettaufficiale@giustiziacert.it, curando che, nella nota cartacea di trasmissione, siano chiaramente riportati gli estremi dell'invio telematico (mittente, oggetto e data).

Nel caso non si disponga ancora di PEC, e fino all'adozione della stessa, sarà possibile trasmettere gli atti a: gazzettaufficiale@giustizia.it

# SOMMARIO

**Ministero dello sviluppo economico**

DECRETO 2 maggio 2017.

Apertura della procedura di amministrazione straordinaria e nomina del collegio commissariale della società Alitalia - Società Aerea Italiana S.p.a. (17A03127) . . . . . . . . . . . . . . . . . . . . . . . . Pag.



OMISSIS

  

**OMISSIS**

## MINISTERO DELLO SVILUPPO ECONOMICO

DECRETO 2 maggio 2017.

**Apertura della procedura di amministrazione straordinaria e nomina del collegio commissariale della società Alitalia - Società Aerea Italiana S.p.a.**

IL MINISTRO
DELLO SVILUPPO ECONOMICO

Visto il decreto-legge 23 dicembre 2003, n. 347, recante «Misure urgenti per la ristrutturazione industriale di grandi imprese in stato di insolvenza», convertito con modificazioni dalla legge 18 febbraio 2004, n. 39, e successive modifiche e integrazioni (di seguito decreto-legge n. 347/2003);

Visti in particolare gli articoli 1 e 2 del suddetto decreto-legge;

Visto il decreto legislativo 8 luglio 1999, n. 270;

Visto il decreto del Ministro dello sviluppo economico in data 10 aprile 2013 - «Regolamento recante determinazione dei requisiti di professionalità ed onorabilità dei commissari giudiziali e straordinari delle procedure di amministrazione straordinaria delle grandi imprese in crisi, ai sensi dell'art. 39, comma 1, del decreto legislativo 8 luglio 1999, n. 270»;

Vista l'istanza depositata in data 2 maggio 2017, sottoscritta dal Presidente del Consiglio d'amministrazione e dagli avvocati Antonio Lombardo, Francesco De Gennaro, Alberto Angeloni, Alessandro Lanzi, Raffaele Buono, con la quale si chiede l'ammissione alla procedura di amministrazione straordinaria, ai sensi e per gli effetti del sopra citato decreto, della società Alitalia - Società Aerea Italiana S.p.A., con sede legale in Fiumicino (Roma), via A. Nassetti, Pal. Alfa snc, 00054, codice fiscale e partita IVA n. 13029381004;

Esaminata la predetta istanza ed i relativi allegati;

Rilevato, in particolare, che sussistono i requisiti dimensionali di cui all'art. 1 del decreto-legge n. 347/2003 ai fini dell'ammissione alla amministrazione straordinaria delle predette società, atteso che, sulla base della documentazione allegata all'istanza, ed in particolare dalla situazione patrimoniale aggiornata al 28 febbraio 2017, la società ricorrente presenta un numero di dipendenti ed un indebitamento complessivo superiori alle soglie minime di legge, e precisamente: un numero di dipendenti, pari ad oltre 11.000 unità, ed una esposizione debitoria pari a circa euro 3 miliardi;

Rilevato che la società istante versa in stato di insolvenza, come illustrato e documentato nell'istanza medesima e nei relativi allegati, atteso che al 28 febbraio 2017 emergono passività correnti per circa euro 2,3 miliardi a fronte di attività correnti per euro 921 milioni;

Ritenuta l'urgenza di provvedere con immediatezza all'apertura della procedura, alla luce delle criticità evidenziate nel ricorso, e ritenuto pertanto di procedere alla nomina del commissario straordinario, derogando, per motivi di urgenza, alle regole procedimentali per la nomina dei commissari straordinari di cui alla propria direttiva in data 28 luglio 2016;

Ritenuto di nominare tre commissari ai sensi del combinato disposto dell'art. 38, comma 2 e dell'art. 8, comma 2, del citato decreto legislativo n. 270/1999, tenuto conto della eccezionale rilevanza e complessità della procedura;

Ritenuta altresì l'opportunità di nominare i signori: dott. Luigi Gubitosi, prof. Enrico Laghi, prof. Stefano Paleari, in considerazione della loro specifica professionalità, rispondente ai requisiti di cui al decreto ministeriale del 10 aprile 2003 sopra citato;



GAZZETTA UFFICIALE DELLA REPUBBLICA ITALIANA    Serie generale - n. 104

Decreta:

### Art. 1.

La società Alitalia - Società Aerea italiana S.p.A., con sede in Fiumicino (Roma), codice fiscale e partita IVA n. 13029381004, è ammessa alla procedura di amministrazione straordinaria, a norma dell'art. 2, comma 2, del decreto-legge n. 347/2003.

### Art. 2.

Alla procedura di amministrazione straordinaria di cui all'art. 1, è preposto un collegio commissariale composto dai signori:

dott. Luigi Gubitosi, nato a Napoli, il 22 maggio 1961;
prof. Enrico Laghi, nato a Roma il 23 febbraio 1969;
prof. Stefano Paleari, nato a Milano il 24 gennaio 1965.

Al dott. Luigi Gubitosi sono attribuite le funzioni di coordinatore del collegio commissariale.

Il presente decreto è comunicato immediatamente al competente Tribunale, a norma dell'art. 2, comma 3, del decreto-legge n. 347/2003.

Il presente decreto è pubblicato nella *Gazzetta Ufficiale* della Repubblica italiana.

Roma, 2 maggio 2017

*Il Ministro:* CALENDA

17A03127

**OMISSIS**






Io Notaio Nicola Atlante di Roma certifico che quanto precede è conforme al documento pdf estratto dal sito www.gazzettaufficiale.it, Gazzetta Ufficiale del 6 maggio 2017 Serie Generale Anno 158° Numero 104.

Le parti omesse non contrastano con quanto qui riportato.

Consta di 4 pagine compresa la presente.

Roma lì 8 giugno 2017



STAMP DUTY
PAID VIRTUALLY
AUTHORIZATION BY THE
INLAND REVENUE SERVICE
ROME
No. 200478/2000
DATED 27/11/2000
823BV

*GENERAL SERIES*

*Post. sub. dispatch – art. 1, paragraph 1*
*Law no. 46 dated 02-27-2001 – Rome Branch*

158th Year – Number 104

# OFFICIAL GAZETTE
## OF THE ITALIAN REPUBLIC

| | | |
|---|---|---|
| PART ONE | Rome, Saturday, May 6th, 2017 | PUBLISHED ON ALL WORKING DAYS |

MANAGEMENT AND EDITING AT THE MINISTRY OF JUSTICE – PUBLICATION OF LAWS AND DECREES – VIA ARENULA, 70 – 00186 ROME ADMINISTRATION AT THE STATE PRINTERS – VIA SALARIA, 691 – 00138 ROME – SWITCHBOARD 06-85081 – STATE LIBRARY PIAZZA G. VERDI, 1 – 00198 ROME

The **Official Gazette, Part One**, in addition to the **General Series**, publishes five special series, each distinguished by its own numbering:
  1st **Special series:** Constitutional Court (published on Wednesdays)
  2nd **Special series:** European Union (published on Mondays and Thursdays)
  3rd **Special series:** Regions (published on Saturdays)
  4th **Special series:** Tenders and examinations (published on Tuesdays and Fridays)
  5th **Special series:** Public contracts (published on Mondays, Wednesdays and Fridays)
The **Official Gazette, Part Two**, "List of inserts", is published on Tuesdays, Thursdays and Saturdays

### NOTICE TO ADMINISTRATIONS

In order to optimize the procedure for the publication of the deeds in the **Official Gazette**, Administrations are kindly requested to send simultaneously and together with the hard copy on paper, as per the law, an electronic copy of the same deeds (in Word format) to the following certified electronic mail address: gazzettaufficiale@guistiziacert.it, ensuring that the note on paper notifying transmission clearly states the details of the electronic dispatch (sender, subject and date).

If you do not yet have a **PEC** address, and in order for them to be adopted, deeds can be sent to: gazzettaufficiale@guistizia.it

## CONTENTS



Ministry
for economic development

DECREE dated May 2nd, 2017

Beginning of the procedure for extraordinary administration and nomination of the government-appointed commission of the company Alitalia – Società Aerea Italiana S.p.a. (17A03127)...................... *Page 4*

**OMISSIS**

ATLANTE
NICOLA DI
GIUSEPPE
NOTARY IN
ROME
(Initialed)



OMISSIS

## THE MINISTER
## FOR ECONOMIC DEVELOPMENT

DECREE dated May 2nd, 2017.

**Beginning of the procedure for extraordinary administration and nomination of the government-appointed commission of the company Alitalia – Società Aerea Italiana S.p.a.**

## THE MINISTER
## FOR ECONOMIC DEVELOPMENT

Given Decree Law no. 347 dated December 23rd, 2003, containing *"Urgent measures for the industrial restructuring of major enterprises in a state of insolvency"*, converted with amendments into Law no. 39 dated February 18th, 2004, and subsequent amendments and integrations (hereinafter Decree Law 347/03);

Given specifically articles 1 and 2 of the aforementioned Decree Law;

Given Legislative Decree no. 270 dated July 8th, 1999;

Given the Decree by the Minister for Economic Development dated April 10th, 2013 – *"Regulation containing the determination of the requirements of professionalism and integrity for the judicial and extraordinary commissioners involved in receivership proceedings of major enterprises in times of crisis, pursuant to article 39, paragraph 1 of Legislative Decree no. 270 dated July 8th, 1999"*;

Given the request filed on May 2nd, 2017, signed by the Chairman of the Board of Directors and by the legal counsels Messrs Antonio Lombardo, Francesco De Gennaro, Alberto Angeloni, Alessandro Lanzi, and Raffaele Buono, in which authorisation to implement the Receivership proceeding was requested, pursuant to and by effect of the aforementioned Decree, by the company Alitalia – Società Aerea Italiana S.p.A., with legal headquarters in Fiumicino (RM), via A. Nassetti, Pal. Alfa, no street number, 00054, Internal Revenue Code and VAT Code 13029381004;

Having examined the aforementioned request and relevant annexes;

Having deemed specifically that the dimensional requirements of which in art. 1 of Decree Law 347/2003 for the implementation of receivership proceedings by the aforementioned companies are in place, and given that, on the basis of the documentation enclosed with the request, and in particular the statement of financial position updated to February 28th, 2017, the requesting company has a number of employees and overall indebtedness in excess of the minimum thresholds laid down by the law, specifically: number of employees of more than 11,000, and debts totalling approximately 3 billion Euros;

Having deemed that the requesting company is in a state of insolvency, as illustrated and documented in the request itself and in the relevant annexes, given that as at February 28th, 2017, it has current liabilities totalling approximately 2.3 billion Euros, compared to current assets totalling 921 million Euros;

Given the urgent need to immediately implement the proceedings, in the light of the criticalities highlighted in the request, and having therefore deemed that the extraordinary commissioner needs to be appointed, in derogation, for reasons of urgency, of the procedural rules for the appointment of extraordinary commissioners of which in the Directive dated July 28th, 2016;

Having deemed that three commissioners should be appointed pursuant to the combined dispositions of art. 38, paragraph 2 and art. 8, paragraph 2 of Legislative Decree 270/1999, taking into account the exceptional significance and complexity of the Proceedings;

Having deemed also the opportunity to appoint Messrs: Dr. Luigi Gubitosi, Prof. Enrico Laghi and Prof. Stefano Paleari, considering their specific professional experience, which responds to the requirements of which in MD dated April 10th, 2003 mentioned above;

*5-6-2017*     *OFFICIAL GAZZETTE OF THE ITALIAN REPUBLIC*     *General series – no. 104*

Hereby decrees:

Art. 1

The Company Alitalia – Società Aerea Italiana S.p.A., with headquarters in Fiumicino (RM), Internal Revenue Code and VAT Code 13029381004, is authorised to begin receivership proceedings, as per art. 2, paragraph 2 of Decree Law 347/2003.

Art. 2

A government-appointed commission will oversee the receivership proceedings of which in art. 1, composed of Messrs:
Dr. Luigi Gubitosi, born in Naples on May 22nd, 1961;
Prof. Enrico Laghi, born in Rome on February, 23rd 1969;
Prof. Stefano Paleari, born in Milan on January 24th 1965.

Dr. Luigi Gubitosi has been attributed the duties of coordinator of the government-appointed commission.
This Decree has been immediately notified to the competent Law Courts, as per art. 2, paragraph 3 of Decree Law 347/2003.
This Decree has been published in the Official Gazette of the Italian Republic.

Rome, May 2nd, 2017

*The Minister:* CALENDA

17A03127

**OMISSIS**

ATLANTE
NICOLA DI
GIUSEPPE
NOTARY IN
ROME
(Initialed)

I the Notary Nicola Atlante of Rome hereby certify that the above is a true copy of the pdf document extracted from the website www.gazettaufficiale.it, Official Gazette dated May 6th, 2017, General Series, 158th Year, Number 104.

The parts omitted do not alter the above contents.

Comprising 4 pages including this one.

Rome, June 8th, 2017

(Illegible signature)

ATLANTE NICOLA DI GIUSEPPE NOTARY IN ROME