Madlyn Gleich Primoff, Esq.
madlyn.primoff@freshfields.com
Scott Talmadge, Esq.
scott.talmadge@freshfields.com
Scott A. Eisman, Esq.
scott.eisman@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 277-4000
Facsimile:    (212) 277-4001

Attorneys for the Foreign Representatives

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| ALITALIA - SOCIETÀ AEREA ITALIANA S.P.A. in AMMINISTRAZIONE STRAORDINARIA, Debtor in a Foreign Proceeding | Case No. 17-11618 |
| Debtor. | |

**NOTICE OF COMMENCEMENT OF CHAPTER 15 CASE**
**AND RECOGNITION HEARING**

**PLEASE TAKE NOTICE** that on the date hereof, Dr. Luigi Gubitosi and Prof. Enrico Laghi, in their capacity as the foreign representatives (the "Foreign Representatives") of the above–captioned debtor (the "Debtor"), whose foreign main proceeding (the "Foreign Main Proceeding"), known as the *amminstrzaione straordinaria delle grandie imprese in crise* (*i.e.*, the extraordinary administration procedure provide for large insolvent companies), is currently pending before the Minister of Economic Development and the court of Civitavecchia, Italy, filed (a) their voluntary petition for relief under Chapter 15 of Title 11 of the United States Code (the "Bankruptcy Code") and (b) their verified petition for recognition of the Foreign Main

Proceeding as a "foreign main proceeding" in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for July 5, 2017 at 11:00 a.m. (prevailing New York time) (the "Hearing") at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Courtroom No. 701, New York, New York 10004 before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** the Debtor has filed and will present to the Bankruptcy Court at the Hearing the following pleadings: *Verified Petition of Foreign Representatives for Recognition of Foreign Main Proceeding Under 11 U.S.C. §§ 1515 and 1517 and Relief Under 11 U.S.C. §§ 1519, 1520, and 1521* (the "Petition").

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed by the Foreign Representatives may be obtained by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document), or upon written request to the Foreign Representatives' United States counsel addressed to: Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Madlyn Gleich Primoff, Scott Talmadge, and Scott A. Eisman.

**PLEASE TAKE FURTHER NOTICE** that your deadline to object to the Petition is June 26, 2017, at 12:00 noon (prevailing New York time).

**PLEASE TAKE FURTHER NOTICE** that the deadline to reply to any objections will be June 30, 2017, at 12:00 noon (prevailing New York time).

**PLEASE TAKE FURTHER NOTICE** that <u>your rights may be affected</u>. **You should read the pleadings carefully and discuss them with your attorney, if you have one in connection with this Chapter 15 Case. (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Bankruptcy Court to grant the relief requested by the Foreign Representatives at the Hearing, or if you want the Bankruptcy Court to consider your views on any matter requested at the Hearing, then you or your attorney must attend the Hearing. If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought by the Foreign Representatives and may enter orders granting the relief requested.

New York, New York       ___/s/ Madlyn Gleich Primoff_____
Dated: June 14, 2017      Madlyn Gleich Primoff, Esq.
                          Scott Talmadge, Esq.
                          Scott A. Eisman, Esq.
                          FRESHFIELDS BRUCKHAUS DERINGER US LLP
                          601 Lexington Avenue
                          New York, New York 10022
                          Telephone:   (212) 277-4000
                          Facsimile:   (212) 277-4001

                          Attorneys for the Foreign Representatives