DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Fax: (212) 682-4942
Jeffrey Traurig
Allen G. Kadish
Email:  jtraurig@dtklawgroup.com
            akadish@dtklawgroup.com

*Counsel for Worldwide Flight Services, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                                              Chapter 15

ALITALIA-SOCIETA AEREA ITALIANA S.P.A.                     Case No. 17-11618 (SHL)
In AMMINISTRAZIONE STRAORDINARIA,
Debtor in a Foreign Proceeding,

                                                    Debtor.

_____

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that DICONZA TRAURIG KADISH LLP ("**DTK**") appears as counsel to WORLDWIDE FLIGHT SERVICES, INC. ("**WFS**"), as creditor to Alitalia-Societa Aerea Italiana S.P.A. In Amministrazione Straordinarai, Debtor in a Foreign Proceeding, Debtor and Debtor-in-Possession (the "**Debtor**") in Case No. 174-11618 (SHL) in the United States Bankruptcy Court for the Southern District of New York, pursuant to Rules 2002, 3017(a), 9007, 9010(b), 9013 and 9027 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required in the captioned cases, and all documents, and all other papers served in this case, be given to and served upon:

DiConza Traurig Kadish LLP
630 Third Avenue
New York, New York 10017
Attn: Jeffrey Traurig, Esq.
Allen Kadish, Esq.
Tel: (212) 682-4940
Fax: (212) 682-4942
Email: jtraurig@dtklawgroup.com
akadish@dtklawgroup.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, e-mail or otherwise, which affects the above-captioned Debtor or its property.

PLEASE TAKE FURTHER NOTICE that demand is also made that WFS and the undersigned be added to the notice list of all contested matters, adversary proceedings, and other proceedings in the captioned case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall be construed to waive any right to (1) have final orders in non-core matters entered only after de novo review by a District Judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments whether under agreements, in law or in equity, all of which are expressly reserved.

Dated: New York, New York           DICONZA TRAURIG KADISH LLP
       June 23, 2017

                                    By:    /s/ Jeffrey Traurig
                                           Jeffrey Traurig
                                           Allen G. Kadish
                                    630 Third Avenue
                                    New York, New York 10017
                                    Tel:  (212) 682-4940
                                    Fax:  (212) 682-4942
                                    Email:  jtraurig@dtklawgroup.com
                                            akadish@dtklawgroup.com

                                    *Counsel for Worldwide Flight Services, Inc.*