**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

In re:

ALITALIA – SOCIETÀ AEREA ITALIANA S.P.A.
IN AMMINISTRAZIONE STRAORDINARIA

Debtor in a Foreign Proceeding.

------------------------------------------------------------ X

Chapter 15

Case No. 17-11618-SHL

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the *Application for Substitution of Foreign Representative* (Docket No. 66) (the "Application") pursuant to 11 U.S.C. §§ 1518(1) and 1521(a)(7).  The Application was filed on May 8, 2020 and, according to the *Affidavit of Service* of Sung Kim (Docket No. 69), served on May 11, 2020.  Objections to the Application were to be filed and served no later than May 28, 2020 at 5:00 PM (the "Objection Deadline").  The undersigned further certifies that he has reviewed the Court's docket in the above-captioned Chapter 15 case and, as of the date hereof, no answer, objection or other responsive pleading with respect to the Application appears thereon.  The undersigned is filing this certificate more than 48 hours after the expiration of the Objection Deadline.  Accordingly, it is respectfully requested that the Court enter the proposed form of order filed with the Application (Docket No. 66-1).  The undersigned declares that the foregoing is true and correct.

[*The remainder of this page was intentionally left blank.*]

Dated: New York, New York
June 2, 2020

                                          **SULLIVAN & CROMWELL LLP**
*Counsel for the Foreign Representatives of Alitalia – Società Aerea Italiana S.p.A. in Amministrazione Straordinaria*

/s/ *Corey Omer*
Corey Omer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: omerc@sullcrom.com