**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

In re:

ALITALIA – SOCIETÀ AEREA ITALIANA S.P.A.
IN AMMINISTRAZIONE STRAORDINARIA

Debtor in a Foreign Proceeding.

------------------------------------------------------------ X

Chapter 15

Case No. 17-11618-SHL

**ORDER GRANTING APPLICATION FOR SUBSTITUTION
OF FOREIGN REPRESENTATIVE**

Upon the *Application for Substitution of Foreign Representative* (Docket No. 66) (the "Application"), dated May 8, 2020, of Giuseppe Leogrande, in his capacity as the sole extraordinary commissioner of Alitalia – Società Aerea Italiana S.p.A. *in Amministrazione Straordinaria* ("Alitalia"), requesting this order (the "Order") pursuant to 11 U.S.C. §§ 1518(1) and 1521(a)(7) to substitute Mr. Leogrande in the place and stead of Prof. Enrico Laghi and Mr. Daniele Discepolo, as the sole foreign representative of Alitalia in this case, with all the powers and authority previously granted to each of the foreign representatives of Alitalia in this case under the *Order Pursuant to 11 U.S.C. §§ 1504, 1515, 1517 and 1520 Recognizing Foreign Representatives and Foreign Main Proceeding* (Docket No. 32) (the "Recognition Order"); this Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); venue for this proceeding being proper before this Court pursuant to 28 U.S.C. § 1410; appropriate and timely notice of the filing of the Application been given, and no other or further notice being necessary or required; no objections having been filed, and a certificate of no objection having been filed (Docket No. 70); this Court having reviewed the Application along with the exhibit annexed thereto, the attorney declaration in support of the Application along with the exhibit annexed thereto, and the statements

of counsel with respect to the Application at a hearing; and this Court having determined, after due deliberation, that the legal and factual bases set forth in the Application establish just cause to grant the relief ordered herein;

**THIS COURT HEREBY FINDS AND DETERMINES THAT:**

1. Giuseppe Leogrande is a "person" pursuant to 11 U.S.C. § 101(41) and for the purposes of 11 U.S.C. § 1517(a)(2); and

2. Giuseppe Leogrande is a duly appointed foreign representative of Alitalia within the meaning of 11 U.S.C. § 101(24).

**IT IS HEREBY ORDERED THAT:**

1. Giuseppe Leogrande is substituted in the place and stead of Enrico Laghi and Daniele Discepolo as the foreign representative of Alitalia.

2. Giuseppe Leogrande shall have all the powers and authority granted to each foreign representative of Alitalia as set forth in the Recognition Order.

3. The Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

New York, New York
Dated: June 8, 2020

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE