Madlyn Gleich Primoff, Esq.
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4041
Facsimile: (646) 521-5641
Attorneys for
ALITALIA – SOCIETÀ AEREA ITALIANA S.P.A.
in AMMINISTRAZIONE STRAORDINARIA,

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| ALITALIA - SOCIETÀ AEREA ITALIANA S.P.A. in AMMINISTRAZIONE STRAORDINARIA, Debtor in a Foreign Proceeding | Case No. 17-11618 |

**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 2090-1**

PLEASE TAKE NOTICE that I, Madlyn Gleich Primoff, respectfully request that my name be removed from the Court's mailing matrix, electronic service system, and service list with respect to this case and that my appearance on behalf of the foreign representatives of Alitalia - Societa Aerea Italiana S.p.A. in Amministrazione Straordinaria be withdrawn. Sullivan & Cromwell LLP and KMA Zuckert LLC will continue to serve as counsel for the Debtor. This notice is with respect to me, as a member of Freshfields Bruckhaus Deringer US LLP, and does not affect the continued listing of Sullivan & Cromwell LLP and KMA Zuckert LLC on the mailing matrix and service list for this case.

| | |
|---|---|
| Dated: New York, New York<br>June 18, 2020 | FRESHFIELDS BRUCKHAUS DERINGER US LLP<br><br>By: /s/ Madlyn Gleich Primoff<br>Madlyn Gleich Primoff<br><br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Telephone: (212) 277-4041<br>Facsimile: (646) 521-5641<br>madlyn.primoff@freshfields.com<br><br>*Attorney for the Foreign Representatives of*<br>*ALITALIA – SOCIETÀ AEREA ITALIANA*<br>*S.P.A.*<br>*in AMMINISTRAZIONE STRAORDINARIA,* |