# UNITED STATES BANKRUPTCY COURT

*SOUTHERN DISTRICT OF NEW YORK*
*ONE BOWLING GREEN*
*NEW YORK, NY 10004-1408*

**Vito Genna**
**CLERK OF COURT**

March 8, 2022

Fabio Weinberg Crocco
Sullivan & Cromwell LLP
125 Broad St.
New York, NY 10004

In Re: Alitalia - Societa Aerea Italiana S.p.A. in Amministrazione Straordinaria,
Case No. 17-11618-SHL

Dear Mr. Crocco:

Please be advised the above referenced Chapter 15 case was filed on June 12, 2017.   There has been no activity in this case since March 12, 2021.   Please provide the status of this case.

We appreciate your cooperation.


Sincerely yours,

Vito Genna, Clerk of Court

By: /s/ Anatin Rouzeau
       Deputy Clerk